

# Fourth Court of Appeals
## San Antonio, Texas

May 19, 2014

No. 04-13-00585-CR

Michael **SUTTON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 08-2137-CR
William Old, Judge Presiding

## O R D E R

     The Appellant's motion for extension of time to file his pro se brief is GRANTED. No further extensions will be granted.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of May, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court